UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

CHRISTOPHER WYNN,

    Petitioner,

v.   CIVIL ACTION NO. 5:24-cv-00623

FCI BECKLEY WARDEN,

    Respondent.

## ORDER

Pending is Petitioner Christopher Wynn's Petition for a Writ of Habeas Corpus [ECF 1], filed October 30, 2024.

This action was previously referred to the Honorable Dwane L. Tinsley, United States Magistrate Judge, for submission of proposed findings and a recommendation ("PF&R"). Magistrate Judge Tinsley filed his PF&R on October 15, 2025. [ECF 11]. Magistrate Judge Tinsley recommended the Court dismiss the Petition for a Writ of Habeas Corpus as moot.

The Court need not review, under a de novo or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the findings or recommendation to which no objections are addressed. *See Thomas v. Arn*, 474 U.S. 140 (1985); *see also* 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations *to which objection is made*." (emphasis added)). Failure to file timely objections constitutes a waiver of de novo review and the Petitioner's right to appeal the Court's order. *See* 28 U.S.C. § 636(b)(1); *see also United States v. De Leon-Ramirez*, 925 F.3d 177, 181 (4th Cir. 2019) (Parties may not typically "appeal a magistrate judge's findings that were not objected to below, as § 636(b) doesn't require de novo review absent

objection."); *Snyder v. Ridenour*, 889 F.2d 1363, 1366 (4th Cir. 1989). Further, the Court need not conduct de novo review when a party "makes general and conclusory objections that do not direct the Court to a specific error in the magistrate's proposed findings and recommendations." *Orpiano v. Johnson*, 687 F.2d 44, 47 (4th Cir. 1982). Objections in this case were due on November 3, 2025. No objections were filed.[1]

Accordingly, the Court **ADOPTS** the PF&R [**ECF 11**], **DISMISSES** the Petition for a Writ of Habeas Corpus [**ECF 1**], and **DISMISSES** the matter.

The Court directs the Clerk to transmit a copy of this Order to any counsel of record and any unrepresented party.

ENTER:   November 12, 2025



Frank W. Volk
Chief United States District Judge

---

[1] On October 15, 2025, a copy of the PF&R was mailed to Christopher Wynn at Beckley Federal Correctional Institution but was returned as undeliverable on October 31, 2025. [ECF 12]. At this writing, the Bureau of Prisons' Inmate Locator indicates Mr. Wynn was released from custody on June 26, 2025. Inasmuch as Mr. Wynn has failed to keep the Court apprised of his current address as required by *Local Rule of Civil Procedure* 83.5, this matter is ready for adjudication.